[No. 28523-5-III. Division Three. September 9, 2010.]

JAY TAYLOR, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-2-01571-7, Robert G. Swisher, J., entered September 23, 2009. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Siddoway, JJ.

[No. 63398-8-I. Division One. September 13, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON W. SANDBERG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-07599-7, Jeffrey M. Ramsdell, J., entered March 25, 2009. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Cox, J.

[No. 63497-6-I. Division One. September 13, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL TERRY LEE, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12163-8, Susan J. Craighead, J., entered April 20, 2009. *Affirmed as modified* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Cox, J.

[No. 63797-5-I. Division One. September 13, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DAMEN SEAN BACHMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-1-00170-2, Charles R. Snyder, J., entered July 8, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Lau and Spearman, JJ.